```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
AQUADRILL US GULF LLC et al.,                                :
                                                             :     ORDER REGULATING
                                          Plaintiffs,        :     PROCEEDINGS
              -against-                                      :
                                                             :     21 Civ. 8156 (AKH)
BP EXPLORATION & PRODUCTION, INC.,                           :
                                                             :
                                          Defendant.         :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiffs petition to vacate an arbitration award.  The petition attaches 74 exhibits, purporting to be the entire record of the arbitration.  Defendant, by letter of October 9, 2021 (ECF No. 9), asks for an emergency conference intended to seal or strike all or some of the exhibits.

        Defendant's request for a conference is denied.  I do not accept letter motions unless authorized by my rules or by me, specifically.  If relief is requested, it must be by motion, and narrowly tailored to relate only to documents that are likely to prejudice the moving party.  *See, e.g.*, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006); *Mut. Marine Office, Inc. v. Transfercom Ltd.*, No. 08-cv-10367, 2009 WL 1025965, at *5 (S.D.N.Y. Apr. 15, 2009) (noting that the party seeking the seal "must offer specific facts 'demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest.'" (citing *Lugosch*, 435 F.3d at 120)).

1

Defendant also writes for an extension of time to Answer to November 5, 2021 (ECF No. 14), pursuant to Rule 1D of my Individual Rules of Practice.  The extension is granted.

SO ORDERED.

Dated:   October 7, 2021                                              /s/ Alvin K. Hellerstein
             New York, New York                                ALVIN K. HELLERSTEIN
                                                                              United States District Judge