# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

AQUADRILL US GULF LLC,
AQUADRILL GULF OPERATIONS VELA LLC,
and AQUADRILL GULF OPERATIONS
AURIGA LLC,

                           Petitioners,                      21 **CIVIL** 8156 (AKH)

            -against-                                **JUDGMENT**

BP EXPLORATION & PRODUCTION, INC.,

                           Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated November 15, 2021, the petition to vacate the award is denied, and Respondent's request to confirm the award is granted.

**Dated**: New York, New York
          November 15, 2021

                                                **RUBY J. KRAJICK**

                                                  _____
                                                    **Clerk of Court**

                                   **BY**: _____

                                                   **Deputy Clerk**